1

2

3

4

5

6

7

8                            **UNITED STATES DISTRICT COURT**

9                            **CENTRAL DISTRICT OF CALIFORNIA**

10

11   TIMOTHY GUTZMER,                        ) Case No.: 2:23−cv−02971 PVC
                                             )
12            Plaintiff,                     ) ORDER AWARDING EQUAL
                                             ) ACCESS TO JUSTICE ACT
13      vs.                                  ) ATTORNEY FEES AND EXPENSES
                                             ) PURSUANT TO 28 U.S.C. § 2412(d)
14   MARTIN O'MALLEY,                        ) AND COSTS PURSUANT TO 28
     Commissioner of Social Security,        ) U.S.C. § 1920
15                                           )
              Defendant                      )
16                                           )
     _____        )

17          Based upon the parties' Stipulation for the Award and Payment of Equal

18   Access to Justice Act Fees, Costs, and Expenses:

19          IT IS ORDERED that fees and expenses in the amount of $6,400.00 as

20   authorized by 28 U.S.C. § 2412, and costs in the amount of $402.00 as authorized

21   by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

22   DATE:  June 20, 2024

23                                      _____

24                                      THE HONORABLE PEDRO V. CASTILLO
                                        UNITED STATES MAGISTRATE JUDGE

25

26

                                          -1-